

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2022

No. 04-22-00072-CV

**JMI CONTRACTORS, LLC**,
Appellant

v.

Jose Manuel **MEDELLIN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05983
Honorable Aaron Haas, Judge Presiding

# O R D E R

   Appellant's reply brief is due December 12, 2022.  On December 7, 2022, appellant filed an unopposed motion requesting a ten-day extension of time.  After consideration, we **GRANT** the motion and **ORDER** appellant to file its reply brief by December 22, 2022.


   It is so **ORDERED** December 9, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT